THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MORRIS S. KITZEN, Appellant.

Submitted July 13, 1953; decided July 14, 1953.

Motion for reargument or, in the alternative, to amend remittitur denied. [See 305 N. Y. 756.]

EDWARD RAGER, Appellant, *v.* JOHN J. MCCLOSKEY, Individually and as Sheriff of the City of New York, et al., Respondents.

Submitted June 1, 1953; decided July 14, 1953.

Motion for reargument and to amend remittitur denied, with $10 costs and necessary printing disbursements. [See 305 N. Y. 75.]